# UNITED STATES DISTRICT COURT

for the

District of Columbia

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No.
)
Samsung Cellular Telephone Model number G900T )
Bearing IMEI: 351881 06 042233 2 )
)

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A incorporated herein.

located in the _____ District of ___Columbia___, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B incorporated herein.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

*Code Section* | *Offense Description*
21 U.S.C. §§ 841(a)(1), 846 | Federal narcotics laws and federal firearm laws.
18 U.S.C. §§ 922(g)(1) and 924(c)(1). |

The application is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

☐ Delayed notice of ____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Special Agent Kevin Smith , ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____
*Judge's signature*

City and state: Washington, D.C.   Deborah A. Robinson, United States Magistrate Judge
*Printed name and title*